NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Rollin A. Ransom (SBN 196126), rransom@sidley.com
Collin P. Wedel (SBN 278461), cwedel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Confederation of North, Central American and Caribbean Association Football, <br><br> Plaintiff(s), <br><br> v. <br><br> Elmore Sports Goup, Ltd.; Cartan Tours, Inc.; iSportsMarketing, LLC; Gant Travel, Ltd.; David G. Elmore; and Daniel L. Gamba, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:15-CV-09774 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for The Confederation of North, Central American and Caribbean Association Football
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Confederation of North, Central American and Caribbean Association Football | Plaintiff |
| Elmore Sports Group, Ltd. | Defendant |
| Cartan Tours, Inc. | Defendant |
| iSportsMarketing, LLC | Defendant |
| Gant Travel, Ltd. | Defendant |
| David G. Elmore | Defendant |
| Daniel L. Gamba | Defendant |

December 21, 2015
Date

/s/ Rollin A. Ransom
Signature

Attorney of record for (or name of party appearing in pro per):

The Confederation of North, Central American and Caribbean Association Football